# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Marivel Molina Molina,<br><br>    Petitioner,<br><br>v.<br><br>United States of America,<br><br>    Respondent. | No. CV16-4299 PHX DGC (DKD)<br><br>**ORDER** |

Petitioner Marivel Molina Molina has filed an amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 5. United States Magistrate Judge David K. Duncan has issued a report and recommendation ("R&R") recommending that the amended petition be denied. Doc. 17. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the amended petition.

**IT IS ORDERED:**

1. The R&R (Doc. 17) is **accepted**.
2. The amended petition for writ of habeas corpus (Doc. 5) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

1     4.     The Clerk is directed to **terminate** this action.

Dated this 29th day of June, 2017.

*David G. Campbell*
United States District Judge